IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 08-4032-01-CR-C-SOW |
| RICHARD L. STURGEON, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is a Report and Recommendation Concerning Plea of Guilty (Doc. #6) prepared by United States Magistrate Judge William A. Knox. Defendant Richard L. Sturgeon appeared before Magistrate Judge Knox on July 31, 2008 and entered a plea of guilty to Count I of the information filed on July 31, 2008. It is hereby

ORDERED that the plea of guilty is accepted and defendant is adjudged guilty. It is further

ORDERED that a pre-sentence investigation report be prepared on defendant Sturgeon.


            ___/s/ Scott O. Wright_____
            SCOTT O. WRIGHT
            Senior United States District Judge

Dated: ___8/7/2008_____